UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MANUEL JIMENEZ-VALDEZ,

    Plaintiff(s),                               Civil Case No. 21-13046
                                                         Honorable Linda V. Parker

v.

TORIANO HUDSON and
BEVERLY WALTON,

    Defendant(s).
_____/

## OPINION AND ORDER ADOPTING MAGISTRATE JUDGE'S JANUARY 30, 2024 REPORT AND RECOMMENDATION AND GRANTING DEFENDANTS' MOTIONS TO DISMISS AND FOR SUMMARY JUDGMENT

Plaintiff commenced this lawsuit against Defendants on December 21, 2021. On May 4, 2023, Defendant Hudson filed a motion to dismiss and/or for summary judgment. (ECF No. 35.) On July 26, 2023, Defendant Walton also filed a motion to dismiss and/or for summary judgment. (ECF No. 43.) The matter has been assigned to Magistrate Judge Curtis Ivy, Jr. for all pretrial proceedings, including a hearing and determination of all non-dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(A) and/or a report and recommendation on all dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(B).

On January 30, 2024, Magistrate Judge Ivy issued a report and recommendation ("R&R") recommending that the Court grant Defendants'

motions to dismiss and for summary judgment and that the case be dismissed. (ECF No. 52.)  At the conclusion of his R&R, Magistrate Judge Ivy advises the parties that they may object to and seek review of the R&R within fourteen days of service upon them.  He further specifically advises the parties that "[f]ailure to file specific objections constitutes a waiver of any further right to appeal." (*Id.*)  Neither party filed objections to the R&R.

The Court has carefully reviewed the R&R and concurs with the conclusions reached by Magistrate Judge Ivy.  The Court therefore adopts the R&R.

Accordingly,

**IT IS ORDERED** that Defendants Hudson and Walton's motions to dismiss and for summary judgment (ECF Nos. 35 & 43) are **GRANTED**.

                                         s/ Linda V. Parker
                                         LINDA V. PARKER
                                         U.S. DISTRICT JUDGE

Dated: March 6, 2024

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, March 6, 2024, by electronic and/or U.S. First Class mail.

                                         s/Aaron Flanigan
                                         Case Manager